**SUMMIT 6, LLC, Appellant**

v.

**GOOGLE LLC, Samsung Electronics Co., Ltd., Appellees**

**Summit 6, LLC, Appellant**

v.

**Google LLC, Appellee**

**2017-1184, 2017-1185**

United States Court of Appeals, Federal Circuit.

December 7, 2017

PETER J. AYERS, Law Office of Peter J. Ayers, Austin, TX, for appellant.

JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, argued for appellees. Appellee Google LLC also represented by MICHAEL T. MORLOCK, Atlanta, GA.

AARON GABRIEL FOUNTAIN, DLA Piper US LLP, Austin, TX, for appellee Samsung Electronics Co., Ltd. Also represented by

BRIAN K. ERICKSON; JAMES MARTIN HEINTZ, Reston, VA.

(Reyna, Wallach, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**